**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Bob Deuell v. Texas Right to Life Committee, Inc.

Appellate case number:   01-15-00011-CV

Trial court case number: 2014-32179

Trial court:              152nd District Court of Harris County

   The Court **REQUESTS** a response from appellant to the Motion to Dismiss for Want of Jurisdiction filed by appellee on February 9, 2015.  The response, if any, is due within 10 days of the date of this order.

   It is so ORDERED.


Judge's signature: __/s/__ Rebeca Huddle
      X  Acting individually  ☐ Acting for the Court


Date:  February 12, 2015